UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN WALTER CARILLO CALMO, A-201-687-580,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-06798-DAD-CKD P<br><br>ORDER |

Petitioner is detained by Immigrations and Customs Enforcement and proceeds without counsel. Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a motion to proceed in forma pauperis, and a motion for appointment of counsel. The application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a). The court has conducted a preliminary review of the petition and will require respondents to file a response. Upon receipt of the response, the court will determine whether the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

In accordance with the above, IT IS ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.
2. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all

transcripts or other documents relevant to the determination of the issues presented in the habeas application.

3. Petitioner may optionally file a reply/traverse to an answer or opposition to a motion to dismiss within fourteen (14) days after service with the response.

Dated: September 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 carr6798.res